UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-00521-WDM-MJW

RICKY M. BOONE,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## ORDER FOR ATTORNEY'S FEES

Miller, J.

    Plaintiff filed a Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act and Motion for Award of Court Costs on June 28, 2005, requesting $4,327.50. The defendant responded July 12, 2005, stating she does not oppose the plaintiff's request. After review of the result in this case, and in accordance with the Equal Access to Justice Act, 28 U.S.C. § 2412(d), I now approve that award.

    Accordingly, it is ordered:

1.    The motion for attorney's fees is granted.

2. Counsel for plaintiff is awarded attorney's fees and expenses in the total amount of $4,327.50

DATED at Denver, Colorado, on July 13, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge